No. 3079. Cayere, Apelado, v. Quiñones et al., Apelantes.—C. de D. de Humacao. Cobro de dinero. R. jun. 12,

1923. Desestimada la apelación por no haberse presentado en tiempo la exposición del caso ni solicitado prórroga con tal objeto.